```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

SUZETTE HAMER,                         §
                                       §
    Plaintiff,                         §
                                       §
v.                                     §   Civil Action
                                       §   No. C-07-93
EWING CONSTRUCTION CO., INC.,          §
                                       §
    Defendant.                         §

## ORDER

On April 20, 2007, the Court held an initial pretrial and scheduling conference in the above-styled action. At that conference, the Court ORDERED that Defendant Ewing Construction Co., Inc. ("ECCI") must produce the following to Plaintiff Suzette Hamer by Friday, April 27, 2007: (1) a copy of ECCI's document retention policy, if any, in effect at the time of Plaintiff's termination; (2) a copy of ECCI's document retention policy, if any, in effect at the present time; and (3) a description of the computer software and hardware in use at the time of Plaintiff's termination from ECCI, so that Plaintiff can determine the storage capacity of ECCI's computer system at the time of her discharge from the company.

SIGNED and ENTERED this 20th day of April, 2007.

_____
      Janis Graham Jack
  United States District Judge